1 | LATHAM & WATKINS LLP
2 |    Charles H. Samel (SBN 182019)
   633 West Fifth Street, Suite 4000
3 | Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
4 |    charles.samel@lw.com

5 | Attorneys for Defendants
   ATI Technologies, Inc. and
6 | Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SAUNDERS, on behalf of herself and all others similarly situated, | Case No. C-06-07635 WHA |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT AND ADR DEADLINES; [PROPOSED] ORDER** |
| NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

      Plaintiff Kathryn Saunders ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

      1.    On December 13, 2006, Plaintiff filed the Complaint, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and pendant state law claims. Plaintiff styled the Complaint as a putative class action.

      2.    As of the date of this Stipulation, at least 30 other complaints have been filed in this and other judicial districts. All of these complaints allege federal antitrust claims

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA

and/or state law antitrust claims against Nvidia and AMD. Each complaint is styled as a putative class action.

3. On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint.

4. On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer in either the Northern or Central Districts of California. No party has opposed consolidation and transfer.

5. Oral argument on the JPML Motion is scheduled for March 29, 2007 in San Antonio, Texas. The parties agree that, at some point subsequent to the hearing, the JPML is likely to order transfer and consolidation of these actions.

6. In light of these facts, Plaintiff and Defendants stipulated in December 2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7. Given the March 29, 2007 hearing date before the JPML, the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines entered on December 13, 2006 ("December 13 Order"), including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to pass before the JPML acts on the pending motion.

8. Continuing the dates set forth in the December 13 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA

1  remain pending in this Court. It would also ensure consistency in pretrial rulings and be
2  convenient for the parties, including Plaintiff.
3        9. Accordingly, the parties hereby stipulate to and respectfully request that
4  the Court order a continuance of the dates set forth in the December 13 Order. The affected
5  dates include (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR
6  process selection, and discovery plan (currently March 1, 2007); (2) file joint ADR documents
7  (currently March 1, 2007); (3) complete initial disclosures and file the Rule 26(f) Report and
8  Case Management Statement (currently March 8, 2007); and (4) the Initial Case Management
9  Conference (currently March 22, 2007).
10        10. The parties request that the Court continue the above referenced schedule
11  as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR
12  process selection, and discovery plan – May 3, 2007; (2) file joint ADR documents – May 3,
13  2007; (3) complete initial disclosures and file the Rule 26(f) Report and Case Management
14  Statement – May 17, 2007; and (4) the Initial Case Management Conference – May 24, 2007.
15  Such a continuance will allow this matter to move forward promptly in the event that the JPML
16  Motion is denied and further proceedings before this Court are necessary.
17        11. Except as described in Paragraph 6, the parties have sought no previous
18  modification of the timing of any event or deadline set by the Court.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA

1  12.  The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

                                                                           Respectfully submitted,

Dated: February 20, 2007

LATHAM & WATKINS LLP


By:   /s/ Charles H. Samel
        Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.


Dated: February 20, 2007                             Dated: February 20, 2007
COOLEY GODWARD KRONISH LLP            CHIMICLES & TIKELLIS LLP


By:   /s/ James Donato                                By:   /s/ James R. Malone
        James Donato (146140)                          James R. Malone, Jr.  (PA ID No. 41885)
                                                                      (A Member of the Bar of this Court)

Attorneys for Defendant                                        Attorneys for Plaintiff
NVIDIA CORPORATION                                              KATHRYN SAUNDERS

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA

1 FILER'S ATTESTATION:

2     Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3 perjury that the concurrence in the filing of this document has been obtained from its signatories.

4 Dated: February 20, 2007

By:    /s/ Charles H. Samel
           Charles H. Samel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA

1  **[P̶r̶o̶p̶o̶s̶e̶d̶] O**RDER

2  Pursuant to the stipulation of the parties, all dates set forth in the December 6,
3  2006 Order Setting Initial Case Management Conference are hereby continued as follows: (1) the
4  deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and
5  discovery plan will be May 3, 2007; (2) the deadline to file joint ADR documents will be May 3,
6  2007; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report and Case
7  Management Statement will be May 17, 2007; and (4) the Initial Case Management Conference
8  will be May 24, 2007.  The parties are ordered to notify the Court promptly when the Judicial
9  Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL
10 Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation*.

11 Pursuant to stipulation, it is so ordered.

13 Dated: __February 21, 2007__

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

15 _____
   The Honorable William H. Alsup

18 LA\1689419.1

**L**ATHAM&**W**ATKINS<sup>LLP</sup>
A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
L<small>OS</small> A<small>NGELES</small>

6

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT AND ADR DEADLINES
C-06-07635 WHA